UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| STEVEN ARMSTRONG, ) | |
| ) | |
| Petitioner, ) | |
| ) | Cause No. 2:04-CV-502PS |
| vs. ) | |
| ) | |
| CECIL DAVIS, ) | |
| ) | |
| Respondent. ) | |

## OPINION AND ORDER

On November 10, 2005, Petitioner Steven Armstrong filed a motion to proceed on appeal *in forma pauperis* in the United States Circuit Court of Appeals for the Seventh Circuit. That same date, the Seventh Circuit entered an order, indicating that Armstrong should have filed the motion in this Court and transferring the motion to this Court for a ruling.[1]

When reviewing a state habeas petitioner's motion to proceed *in forma pauperis* on appeal, this court must determine whether petitioner is taking his appeal in good faith. 28 U.S.C. § 1915(a)(3). "[T]o determine that an appeal is in good faith, a court need only find that a reasonable person could suppose that the appeal has some merit." *Walker v. O'Brien*, 216 F.3d 626, 631-32 (7th Cir. 2000). Armstrong's petition was dismissed as untimely. Armstrong has not made any credible assertion that his petition was timely filed. Based on the current record, this Court finds that no reasonable person could suppose that Armstrong's appeal has some merit. Thus, his appeal is not taken in good faith and his motion to proceed *in forma pauperis* is **DENIED.**

---

[1]The caption in the Seventh Circuit's Order identifies Edward Buss as the Respondent-Appellee, but the petition itself names Cecil Davis as the Respondent.

**SO ORDERED.**

ENTERED: November 17, 2005

                                          s/ Philip P. Simon
                                         PHILIP P. SIMON, JUDGE
                                         UNITED STATES DISTRICT COURT